UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GEORGE K. SUSICK,**

    **Plaintiff,**

v.                                                          Case No.  5:22-cv-171-TKW-MJF

**STATE OF FLORIDA,**

    **Defendant.**

_____/

## ORDER

    This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 3) and Plaintiff's objection (Doc. 4).  The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Plaintiff has not stated a plausible claim for relief under 42 U.S.C. §1983 or the habeas statutes, and that this case should be dismissed under 28 U.S.C. §1915A(b)(1) and §2243 and Habeas Rule 4.

    Accordingly, it is **ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Plaintiff's "Petition for a Preliminary Injunction and Request for 1983 Packet" (Doc. 1) is **DISMISSED** under 28 U.S.C. §1915A(b)(1) and

§2243 and Habeas Rule 4 for failure to state a claim upon which relief can be granted.

3. The Clerk shall mail a copy of this Order and the Report and Recommendation to:

Trisha Meggs Pate
Bureau Chief, Criminal Appeals Division
Office of the State of Florida Attorney General
PL-01 The Capitol
400 S. Monroe Street
Tallahassee, FL 32399-1050

4. The Clerk shall close this case file.

**DONE and ORDERED** this 26th day of September, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**